UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAHEIM MURRAY,

        Plaintiff,

-against-

NEW YORK STATE,

        Defendant.

20-CV-0974 (CM)

ORDER

---

COLLEEN McMAHON, Chief United States District Judge:

    On January 21, 2020, Plaintiff Jaheim Murray filed this submission in the United States District Court for the Eastern District of New York. By order dated February 3, 2020, Judge Komitee transferred the action to this Court, where it was assigned a case number and opened as a new action. (*See* ECF No. 4.) Plaintiff uses the Eastern District's Civil Rights Complaint form, but describes a previous action that he filed in this Court arising from an assault that occurred at Downstate Correctional Facility. *See Murray v. State of New York*, ECF 7:18-CV-4705, 2 (S.D.N.Y. filed May 29, 2018). Plaintiff states he was transferred to another facility and sent letters to the Court providing his new address, but did not receive a response. He "would like to know all updates." (ECF No. 1, at 4.) After reviewing the document, the Court concludes that the submission is a request for an update of *Murray*, No. 7:18-CV-4705, and should not have been opened as a new action.

    The Court therefore directs the Clerk of Court to mail to Plaintiff a copy of the Docket Sheet in *Murray*, No. 18-CV-4705. The Court further directs the Clerk of Court to terminate all pending matters and administratively close this action, No. 20-CV-0974, without prejudice to the pending action. The Court also directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket. This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: February 12, 2020
 New York, New York

*[signature]*

COLLEEN McMAHON
Chief United States District Judge